**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jerrod Len Booth, | No. CV 05-1194-PHX-MHM (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dora Schriro, | |
| Defendant. | |

Plaintiff Jerrod Len Booth, currently confined in the Arizona State Prison Complex in Winslow, Arizona, has filed a *pro se* Complaint pursuant to § 1983. By order of the Court filed on May 2, 2005, Plaintiff was directed to file a trust account statement and a signed and certified Application To Proceed In Forma Pauperis (Doc. #3). On May 31, 2005, Plaintiff submitted an Application To Proceed In Forma Pauperis. However, it is not in compliance with the rules.

**A.  Payment of Filing Fee.**

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the full amount of the $250.00 filing fee when he files a civil action. Nevertheless, Plaintiff may file a civil action even if he has no assets to immediately pay the filing fee. 28 U.S.C. § 1915(b)(4). If Plaintiff

**JDDL**

currently has no assets, the filing fee will be collected from him when funds exist. 28 U.S.C. § 1915(b).

Therefore, Plaintiff either must pay the $250.00 filing fee or, if unable to pay the fee immediately, must submit to the Court a certified copy of his trust account statement (or institutional equivalent) for the six months preceding the filing of the Complaint. If Plaintiff was held at more than one institution for the six months preceding the filing of the complaint, he must include a certified account statement from an appropriate official at each of the institutions where he was confined. Id.

The Court then shall assess and, when funds exist, collect an initial partial filing fee of 20% of the greater amount of either the average monthly deposits or the average monthly balance in Plaintiff's account for the six months immediately preceding the filing. 28 U.S.C. § 1915(b)(1). After payment of the initial partial filing fee, Plaintiff will be required to make monthly payments equaling 20% of the preceding month's income credited to his account. 28 U.S.C. § 1915(b)(2). The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time the amount in the account exceeds $10.00 until the filing fee is paid. Id.

Accordingly, Plaintiff will be provided with **one final opportunity** in which to pay the filing fee or to file with the Court a properly signed and certified Application to Proceed In Forma Pauperis on the form provided with this Order. The Application must be accompanied by a six month trust account statement obtained from the ADOC Central Office Inmate Banking Section.[1]

**B. Statutory Limitations on Prisoner Complaints.**

Plaintiff should note that even after he pays the filing fee, the Court will dismiss the case at any time if the Court determines the allegation of poverty is untrue, the action is frivolous or malicious, the complaint fails to state a claim upon which relief may be granted,

---

[1] Plaintiff should note that ADOC trust account statements which are not issued by the Central Office Inmate Banking Section typically do not include the information required by the statute, and therefore, are subject to rejection by the Court.

**JDDL**                                                          - 2 -

or monetary relief is sought against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The Court also will dismiss the complaint if Plaintiff fails to exhaust any administrative remedy available to him.  42 U.S.C. 1997e(a).

Plaintiff also should note that a prisoner may not bring a civil action without complete prepayment of the appropriate filing fee if the prisoner has brought on three or more occasions an action or appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury.  28 U.S.C. § 1915(g).

**C. Warning of Possible Dismissal Pursuant to Rule 41.**

Plaintiff is warned that failure to timely comply with every provision of this Order, or any order entered in this matter, will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the court), cert. denied, 506 U.S. 915 (1992).

**D. Pending Motions**.

Pending before the Court are the following motions: Plaintiff's Motion For Access To the Courts (Doc. #7) and Motion For Service Packet/Case Status (Doc. #9).  These motions will be denied as premature.

**IT IS THEREFORE ORDERED:**

(1) That Plaintiff's Motion To Proceed In Forma Pauperis (Doc. #4) is DENIED;

(2) That Plaintiff's Motion For Access To the Courts (Doc. #7) and Motion For Service Packet/Case Status (Doc. #9) are DENIED as premature;

(3)  That Plaintiff shall have 30 days from the date this Order is filed to pay the $250.00 filing fee **or** to file with the Court a certified Application to Proceed In Forma Pauperis using the form provided with this Order, and to include a certified copy of his trust account statement (or institutional equivalent) for the six months immediately preceding the filing of the Complaint.  If Plaintiff was held at more than one institution during the six months immediately preceding the filing of the Complaint, he shall file a certified trust

1  account from the appropriate official at each institution where he was confined. The trust
2  account statement(s) must show deposits and average balances for each month. Plaintiff shall
3  obtain the trust account statement for his account at the Arizona Department of Corrections
4  from the Central Office Inmate Banking Section;

5  (4) That at all times during the pendency of this action, Plaintiff shall immediately
6  advise the Court of any change of address and its effective date. Such notice shall be
7  captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only
8  information pertaining to the change of address and its effective date. The notice shall not
9  include any motions for any other relief. Failure to file a Notice of Change of Address may
10 result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the
11 Federal Rules of Civil Procedure;

12 (5) That a clear, legible copy of every pleading or other document filed shall
13 accompany each original pleading or other document filed with the Clerk for use by the
14 District Judge or Magistrate Judge to whom the case is assigned. See LRCiv 5.4. Failure to
15 comply with this requirement may result in the pleading or document being stricken without
16 further notice to Plaintiff.

17 (6) That the Clerk of Court is directed to enter dismissal of this action without
18 prejudice and without further notice to Plaintiff, if Plaintiff fails to pay the $250.00 filing fee
19 or fails to file a certified Application to Proceed In Forma Pauperis and certified account
20 statement(s) within 30 days of the date this Order is filed; and

21 (7) That the Clerk of the Court is directed to provide to Plaintiff a current court-
22 approved form for filing an Application to Proceed In Forma Pauperis (Non-Habeas).

23 DATED this 8th day of January, 2006.

Mary H. Murgula
United States District Judge

**JDDL**

- 4 -

**Instructions for Prisoners Applying for Leave to Proceed *in Forma Pauperis*
Pursuant to 28 U.S.C. § 1915 in a Civil Action (Non-habeas) in Federal Court**

You must pay the full filing fee of $250.00 for a civil action. If you later file an appeal, you will be obligated to pay the $255.00 filing fee for the appeal.

If you have enough money to pay the full filing fee, you should send a cashier's check or money order payable to the Clerk of the Court with your complaint, petition, or notice of appeal.

If you do not have enough money to pay the full filing fee, you can file the action without prepaying the filing fee. However, the court will assess an initial partial filing fee. The initial partial filing fee will be the greater of 20% of the average monthly deposits or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit. The court will order the agency that has custody of you to withdraw the initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the court.

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the filing fee is paid in full, each month you will owe 20% of your preceding month's income. The agency that holds you in custody will collect that money and forward it to the court any time the amount in your account exceeds $10.00. The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

To file an action without prepaying the filing fee, and to proceed with an action *in forma pauperis*, you must complete the attached form and return it to the court with your complaint. You must have a prison or jail official complete the certificate on the bottom of the form and attach a certified copy of your prison or jail account statement for the last six months. If you were incarcerated in a different institution during any part of the past six months, you must attach a certificate and a certified copy of your account statement from each institution at which you were confined. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

Even if some or all of the filing fee has been paid, the court is required to dismiss your action if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief can be granted; or (4) your complaint makes a claim against a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from filing any other action *in forma pauperis* unless you are in imminent danger of serious physical injury.

Revised 2/7/05

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| _____, <br> Plaintiff, <br><br> vs. <br><br> _____, <br> Defendant(s). | ) <br> ) CASE NO. _____ <br> ) <br> ) <br> ) APPLICATION TO PROCEED <br> ) *IN FORMA PAUPERIS* <br> ) BY A PRISONER <br> ) CIVIL (NON-HABEAS) <br> ) |

    I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?   ☐ Yes   ☐ No   If "Yes," how many have you filed? _____.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐ Yes   ☐ No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐ Yes   ☐ No
If "Yes," state the amount of your pay and where you work. _____
_____
_____

3. Do you receive any other payments from the institution where you are confined?   ☐ Yes   ☐ No
If "Yes," state the source and amount of the payments. _____
_____
_____

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where

you are confined?   ☐Yes   ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. _____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

_____                    _____
       DATE                                        SIGNATURE OF APPLICANT

---

### CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, _____, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

> (A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or
>
> (B)  the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

_____                    _____
       DATE                                        SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
    (Printed name of official)

The applicant's trust account balance at this institution is:                $_____
The applicant's average monthly deposits during the prior six months is:    $_____
The applicant's average monthly balance during the prior six months is:     $_____
The attached certified account statement accurately reflects the status of the applicant's account.

_____
DATE        AUTHORIZED SIGNATURE        TITLE/ID NUMBER        INSTITUTION

Revised 2/7/05                              2